**Brandon A. Sibley**
17517 Cline Drive
Maurepas, LA 70449
Phone: (225) 369-7806
Fax: (985) 238-3818
Bsibley97@gmail.com

**Howard G. Brown**
1344 Lakeridge Drive
Baton Rouge, LA 70802
Phone: (504) 756-1987
Fax: (985) 238-3818
hgarybrown@gmail.com

**Melanie Jerusalem**
5130 Woodside Drive
Batton Rouge, LA 70808
Phone: 337-945-9008
jerusalemmelanie@yahoo.com

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **HOWARD BROWN, ET AL.,** | ) |
| **Plaintiffs,** | ) |
| **V.** | ) **Case No. 3:23-CV-24-SMH-CBW** |
| **SHELLY DICK** | ) |
| **et al,** | ) |
| **Defendants.** | ) |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that Howard Brown, Brandon Sibley, and Melanie Jerusalem appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment (Doc. 37 & 91) entered in this action on August 7, 2023.

Signed this 18th day of August, 2023.

Respectfully Submitted,

**Brandon A. Sibley**
17517 Cline Drive
Maurepas, LA 70449
Phone: (225) 369-7806
Fax: (985) 238-3818
Bsibley97@gmail.com

**s/Howard G. Brown**
1344 Lakeridge Drive
Baton Rouge, LA 70802
Phone: (504) 756-1987
Fax: (985) 238-3818
hgarybrown@gmail.com

**Melanie Jerusalem**
5130 Woodside Drive
Batton Rouge, LA 70808
Phone: 337-945-9008
jerusalemmelanie@yahoo.com

## CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I CERTIFY that on August 8, 2023, a copy of the notice of appeal was provided by electronic service, via PACER to:

**AUSA Katherine Green**
777 Florida Street
Suite 208
Baton Rouge, LA 70801

**Elizabeth Bailly Bloch**
4605 Bluebonnet Boulevard
Suite A
Baton Rouge, LA 70809

**AUSA Karen King**
800 Lafayette Street
Suite 2200
Lafayette, LA 70501

**Justin Furrow**
**Chambliss, Bahner & Stophel, P.C**.
605 Chestnut Street, Suite 1700
Chattanooga, TN 37450

**Nathan Kinard**
**Chambliss, Bahner & Stophel, P.C**.
605 Chestnut Street, Suite 1700
Chattanooga, TN 37450

**Christine S. Keenan**
**The Kullman Firm**
4605 Bluebonnet Blvd
Suite A
Baton Rouge, LA 80809

**US Attorney Chase Evan Zachary**
**U.S. Attorney's Office**
**Civil Division**
777 Florida Street
Suite 208
Baton Rouge, LA 70801

Respectfully Submitted,

s/Howard Brown, *Pro Se*
1344 Lakeridge Drive
Baton Rouge, LA 70802
(504) 767-1987