# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 17, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-30540   Brown v. Dick
                   USDC No. 3:23-CV-24

The court has granted the motion for leave to file electronically as a pro se party, as to Mr. Howard Gary Brown, in this case.

In light of the court granting your motion to proceed as a pro se filer in this case only, if you do not already have full electronic filing access you must follow the instructions at http://www.ca5.uscourts.gov/docs/prosefiler.pdf

                                   Sincerely,

                                   LYLE W. CAYCE, Clerk

                                   *Shea E. Pertuit*
By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

Mr. Howard Gary Brown
Mrs. Katherine Krupa Green
Ms. Christine S. Keenan
Ms. Karen Julian King