**Brandon A. Sibley**
17517 Cline Drive
Maurepas, LA 70449
Phone: (225) 369-7806
Fax: (985) 238-3818
Bsibley97@gmail.com

**Howard G. Brown**
1344 Lakeridge Drive
Baton Rouge, LA 70802
Phone: (504) 756-1987
Fax: (985) 238-3818
hgarybrown@gmail.com

**Melanie Jerusalem**
5130 Woodside Drive
Batton Rouge, LA 70808
Phone: 337-945-9008
jerusalemmelanie@yahoo.com

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **HOWARD BROWN, ET AL.,** | )  |
| Plaintiffs, | ) |
| V. | ) Case No. 3:23-CV-24-SMH-CBW |
| **SHELLY DICK** | ) |
| et al, | ) |
| Defendants. | ) |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that Howard Brown appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment (Doc. 37 & 91) entered in this action on August 7, 2023.

Signed this 15th day of August, 2023.

Respectfully Submitted,

_____    _____    _____
**Brandon A. Sibley**          **s/Howard G. Brown**         **Melanie Jerusalem**
17517 Cline Drive              1344 Lakeridge Drive          5130 Woodside Drive
Maurepas, LA 70449             Baton Rouge, LA 70802         Batton Rouge, LA 70808
Phone: (225) 369-7806          Phone: (504) 756-1987         Phone: 337-945-9008
Fax: (985) 238-3818            Fax: (985) 238-3818           jerusalemmelanie@yahoo.com
Bsibley97@gmail.com            hgarybrown@gmail.com

## CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I CERTIFY that on August 8, 2023, a copy of the notice of appeal was provided by electronic service, via PACER to:

**AUSA Katherine Green**
777 Florida Street
Suite 208
Baton Rouge, LA 70801

**Elizabeth Bailly Bloch**
4605 Bluebonnet Boulevard
Suite A
Baton Rouge, LA 70809

**AUSA Karen King**
800 Lafayette Street
Suite 2200
Lafayette, LA 70501

**Justin Furrow**
**Chambliss, Bahner & Stophel, P.C.**
605 Chestnut Street, Suite 1700
Chattanooga, TN 37450

**Nathan Kinard**
**Chambliss, Bahner & Stophel, P.C.**
605 Chestnut Street, Suite 1700
Chattanooga, TN 37450

**Christine S. Keenan**
**The Kullman Firm**
4605 Bluebonnet Blvd
Suite A
Baton Rouge, LA 80809

**US Attorney Chase Evan Zachary**
**U.S. Attorney's Office**
**Civil Division**
777 Florida Street
Suite 208
Baton Rouge, LA 70801

Respectfully Submitted,

_____
s/Howard Brown, *Pro Se*
1344 Lakeridge Drive
Baton Rouge, LA 70802
(504) 767-1987

Page | 2