# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 18, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-30540   Brown v. Dick
                    USDC No. 3:23-CV-24

The court has granted the motion, of appellant Melanie Jerusalem, for leave to file electronically as a pro se party, in this case.

In light of the court granting your motion to proceed as a pro se filer in this case only, if you do not already have full electronic filing access you must follow the instructions at http://www.ca5.uscourts.gov/docs/prosefiler.pdf

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Shea E. Pertuit, Deputy Clerk
                                      504-310-7666

Ms. Elizabeth Bailly Bloch
Mr. Howard Gary Brown
Mrs. Katherine Krupa Green
Ms. Melanie Jerusalem
Ms. Christine S. Keenan
Mr. Nathan Lee Kinard
Ms. Karen Julian King
Mr. Brandon Albert Sibley
Mr. Chase Evan Zachary