Howard G. Brown
1344 Lakeridge Drive
Baton Rouge, LA 70802
Phone: (504) 756-1987
Fax: (985) 238-3818
hgarybrown@gmail.com

Brandon A. Sibley
17517 Cline Drive
Maurepas, LA 70449
Phone: (225) 369-7806
Fax: (985) 238-3818
Bsibley97@gmail.com

Melanie Jerusalem
5130 Woodside Drive
Batton Rouge, LA 70808
Phone: 337-945-9008
jerusalemmelanie@yahoo.com



COURT OF APPEALS RECEIVED SEP 21 2023 FIFTH CIRCUIT

No. 23-30540

# UNITED STATES COURT OF APPEALS

## FIFTH CIRCUIT

**HOWARD GARY BROWN, BRANDON SIBLEY, MELANIE JERUSALEM**
*Plaintiffs – Appellants,*

-V.-

Shelly D. Dick, in both Individual & Official Administrative Capacity; William Brown, United States Marshall, in both Individual & Official capacity; Jeff B., United States Marshal, in both his Individual and & Official Capacity; Merrick Garland, U.S. Attorney General, In his official capacity; Ronald L. Davis, in his official capacity as Director, United States Marchal Service; Metropolitan Security Services, Incorporated, also known as Walden Security; Michael Attaway, in both Individual & Official capacity; Jeff Bowie, United States Marshal, in both his Individual & Official Capacity,
*Defendants - Appellees*

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA**

**CIVIL ACTION NO: 3:23-0024-SMH-CBW**

**APPELLANT'S UNOPPOSED MOTION FOR PERMISSION TO FILE ELECTRONICALLY AS A PRO SE PARTY**

Appellant, Brandon Sibley, pro se party, moves this court for permission to file electronically in the matter captioned above. Appellee's counsel has been contacted regarding this motion; the motion is unopposed.

Appellant has reviewed the Fifth Circuit ECF Information page and understands the rules of e-filing. Appellant has registered with PACER and currently has a CM/ECF account. Appellant consents to electronic service at the email address registered to the Appellant's Fifth Circuit PACER account. Appellant understands that consent to e-service requires that service of filings via US Mail will be discontinued.

Appellant asks that this motion be granted, because appellant wishes to use the court's brief template and brief checker, which are available to parties granted e-filing prior to the issuance of the briefing notice.

Appellant understands if this motion is granted, that e-filing privilege only applies to this case while it is pending and that abuse of the e-filing privileges may result in revocation of the right to e-file.

2

For the above reasons, Appellant seeks permission to e-file in this matter.

Respectfully Submitted,

By: /s/ Brandon Sibley
Brandon Sibley, Pro-Se Appellant
17517 Cline Drive
Maurepas, La 70449
225-369-7806

## CERTIFICATE OF COMPLIANCE

I, Brandon Sibley, undersigned, certify that:

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. 32(f), this document contains 469 words, as determined by Microsoft Office Word 2019 word processing software.

2. This document complies with the typeface requirement of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally

3

Case: 23-30540    Document: 48    Page: 3    Date Filed: 09/21/2023

spaced typeface using Microsoft Word 2019 in Century Schoolbook (14-point)

Dated: September 19th, 2023

By: /s/ Brandon Sibley
Brandon Sibley, *Pro Se*

## CERTIFICATE OF SERVICE

I, Howard Brown, hereby certify that a copy of this motion was sent, via U.S. Mail to:

**AUSA Katherine Green**
777 Florida Street
Suite 208
Baton Rouge, LA 70801

**Elizabeth Bailly Bloch**
4605 Bluebonnet Boulevard
Suite A
Baton Rouge, LA 70809

**AUSA Karen King**
800 Lafayette Street
Suite 2200
Lafayette, LA 70501

**Justin Furrow**
**Chambliss, Bahner & Stophel, P.C.**
605 Chestnut Street, Suite 1700
Chattanooga, TN 37450

**Nathan Kinard**
**Chambliss, Bahner & Stophel, P.C.**
605 Chestnut Street, Suite 1700
Chattanooga, TN 37450

**Christine S. Keenan**
**The Kullman Firm**
4605 Bluebonnet Blvd
Suite A
Baton Rouge, LA 80809

**US Attorney Chase Evan Zachary**
**U.S. Attorney's Office**
**Civil Division**
777 Florida Street
Suite 208
Baton Rouge, LA 70801

By: /s/ Brandon Sibley
Brandon Sibley, *Pro Se*

4

Brandon Sibley
17617 Cline Dr
Maurepas, La 70449

BATON ROUGE LA 707
19 SEP 2023 PM 1 L

United States Court
of Appeals for the 5th Circuit
600 S. Maestri. Place
Suite 115
New Orleans, La 70130

70130-344040