NO. 23-30540

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

HOWARD GARY BROWN, BRANDON SIBLEY, MELANIE JERUSALEM
*Plaintiffs-Appellants*

VERSUS

SHELLY D. DICK, IN BOTH INDIVIDUAL & OFFICIAL ADMINISTRATIVE
CAPACITY; WILLIAM BROWN, UNITED STATES MARSHAL, IN BOTH
INDIVIDUAL & OFFICIAL CAPACITY; JEFF B., UNITED STATES
MARSHAL, IN BOTH HIS INDIVIDUAL & OFFICIAL CAPACITY;
MERRICK GARLAND, U.S. ATTORNEY GENERAL, IN HIS OFFICIAL
CAPACITY; RONALD L. DAVIS, IN HIS OFFICIAL CAPACITY AS
DIRECTOR, UNITED STATES MARSHAL SERVICE, METROPOLITAN
SECURITY SERVICES, INCORPORATED, ALSO KNOWN AS WALDEN
SECURITY; MICHAEL ATTAWAY, IN BOTH INDIVIDUAL & OFFICIAL
CAPACITY; JEFF BOWIE, UNITED STATES MARSHAL, IN BOTH HIS
INDIVIDUAL & OFFICIAL CAPACITY,
*Defendants-Appellees*

Appeal From The United States District Court For
The Middle District Of Louisiana in Civil Action No. 3:23-cv-00024

Motion for Extension of Time to Respond to
Plaintiffs-Appellants' Motion for Preliminary Injunction
by Defendants/Appellees, Metropolitan Security Services, Inc.

BY: CHAMBLISS, BAHNER & STOPHEL, P.C.
Nathan L. Kinard
Liberty Tower, Suite 1700
605 Chestnut Street
Chattanooga, TN  37450
Telephone:  423.757.0231
Facsimile:  423.508.1231
Email: nkinard@chamblisslaw.com

~and~

THE KULLMAN FIRM
Christine S. Keenan, T.A. (No. 23293)
Elizabeth Bailly Bloch (No. 37591)
4605 Bluebonnet Boulevard, Suite A
Baton Rouge, Louisiana 70809
Telephone: (225) 906-4250
Facsimile: (225) 906-4230
E-mail:csk@kullmanlaw.com
        ebb@kullmanlaw.com

Counsel     for     Defendant/Appellees,
Metropolitan  Security  Services,  Inc.,  d/b/a
Walden Security

MAY IT PLEASE THE COURT,

Defendant-Appellee, Metropolitan Security, Inc., d/b/a Walden Security ("Walden Security" or "Defendant-Appellee") respectfully requests pursuant to Federal Rule Appellate Procedure 26(b), Fifth Circuit Rules 26.2, 27.1.1, and 31.4, *et. seq.* that this Court extend the deadline for Walden Security to file its opposition to Plaintiffs-Appellants' Motion for Preliminary Injunction (Doc. 54). Walden Security requests a Level I extension of thirty (30) days from the original deadline of October 4, 2023, to file its opposition to Doc. 54 up to and including November 3, 2023. On September 27, 2023, counsel for Walden Security contacted *pro se* Plaintiffs-Appellants Howard Gary Brown ("Brown"), Brandon Sibley ("Sibley"), and Melanie Jerusalem ("Jerusalem") via telephone, and counsel for Shelly D. Dick, William Brown, Merrick Garland, Ronald L. Davis, Michael Attaway, and Jeff Bowie ("the Government Defendants") to ascertain if any party opposes this request for a Level 1 extension. Brown and Sibley have indicated they oppose this request for an extension of time. Jerusalem was left a voicemail and did not respond at the time of this filing. The Government Defendants have no opposition. Based on the following, Walden Security asserts that good cause exists for this request for an extension of time.

## I.  BRIEF PROCEDURAL BACKGROUND

On Sunday, September 24, 2023, Brown filed a Motion for Preliminary Injunction and requested expedited consideration of the motion.[1] (Doc. 53). However, on September 26, 2023 this motion was deemed insufficient by the Clerk of Court for the U.S. Fifth Circuit Court of Appeals ("Clerk") for failure to include a certificate of conference and for failure to include the appropriate signatures. (Doc. 53-2). Thereafter, on September 26, 2023, Brown corrected this filing, including the certificate of conference and appropriate signatures. (Doc. 54). On September 27, 2023, the Clerk issued a docket entry notifying all parties that the deficiencies of Doc. 53 were cured, Doc. 54 replaced the original Motion for Preliminary Injunction, and responses to the Motion were due October 4, 2023. (Doc. 55).

## II. LAW & ARGUMENT

Fed. R. App. P. 26(b) and Fifth Circuit Rule 26.2 allow for a party to move for an extension of time to file a brief upon a showing of good cause. Further, Fifth Circuit Rule 31.4, *et seq.* provides that good cause may be shown by the engagement of counsel in other litigation that requires priority over the case at hand, that the matter is complex and adequate briefing cannot be reasonably prepared, and that extreme hardship will result unless the extension is granted.

---

[1] Walden Security also anticipates filing an opposition to the request for expedited consideration.

Fifth Circuit Rule 31.4.2(a)-(c). Additionally, this Court allows for two levels of extensions for briefs—Level 1 for 1-30 days and Level 2 for more than 30 days. Fifth Circuit Rule 31.4.3.

Presently, under Fed. R. App. P. 27(3)(A) and the Clerk's direction, Walden Security's response to the Motion for Preliminary Injunction is due October 4, 2023. (Doc. 54). No other extensions have been granted. Thus, Walden Security requests a Level 1 extension of up to thirty (30) days from the original deadline of October 4, 2023, to respond to Plaintiffs-Appellants' Motion for Preliminary Injunction making the new deadline November 3, 2023. Good cause exists for this extension as lead attorney for Walden Security, Nathan L. Kinard, is currently in a complex, multiday jury trial in Hood County Texas captioned as *37 Building Products, Ltd. v. Telsmith, Inc.*, Cause No. C2019019, Hood County, Texas, 355th Judicial District Court.[2] This trial commenced on September 25, 2023, one day following Plaintiffs'-Appellants' filing of the initial, deficient Motion for Preliminary Injunction and one day after the filing of the corrected motion. Therefore, no reasonable effort could have been made to defer the other litigation and this jury trial should receive priority over the case at hand. Additionally, this jury trial is expected to last up to and including October 6, 2023, two days after Walden Security's response is due. Moreover, because Mr. Kinard was lead

---

[2] Exhibit A- Declaration of Nathan L. Kinard.

5

counsel at the District Court level and is lead counsel for this appeal, no other associated counsel can prepare the brief or relieve Mr. Kinard of filing a response. Additionally, because Plaintiffs-Appellants' motion presents complex issues regarding jurisdiction and procedure, any response will be complicated and will require additional time to prepare. The record on appeal is over 900 pages with 99 filings, further compounding any response to the motion for preliminary injunction. Lastly, hardship will result if an extension is not granted given that lead counsel cannot adequately review the entire record and draft a response while engaged in a multiday complex jury trial.

WHEREFORE, Walden Security prays for a extension of time up to and including November 3, 2023 to file a response to Plaintiffs-Appellants' Motion for Preliminary injunction and requests all general and equitable relief including fees and costs for this appeal.

Respectfully submitted this 27th day of September 2023

BY: CHAMBLISS, BAHNER &
STOPHEL, P.C.
*/s/ Elizabeth Bailly Bloch*
Nathan L. Kinard
Liberty Tower, Suite 1700
605 Chestnut Street
Chattanooga, TN 37450
Tel: 423.757.0231
Fax: 423.508.1231
Email: nkinard@chamblisslaw.com

~and~

6

THE KULLMAN FIRM
Christine S. Keenan, T.A. (No. 23293)
Elizabeth Bailly Bloch (No. 37591)
4605 Bluebonnet Boulevard, Suite A
Baton Rouge, Louisiana 70809
Telephone: (225) 906-4250
Facsimile: (225) 906-4230
E-mail:csk@kullmanlaw.com
        ebb@kullmanlaw.com

Counsel      for      Defendant/Appellees,
Metropolitan  Security  Services,  Inc.,  d/b/a
Walden Security

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing motion was electronically filed on the 27th day of September 2023 using the court's CM/ECF system which will provide a notice of electronic filing to all parties and counsel of record who are registered to receive notice electronically. I also hereby certify that a copy of this motion was served on Plaintiffs-Appellants via electronic mail and U.S. Mail at the following addresses:

Brandon Sibley
17517 Cline Drive
Maurepas, LA 70449
Phone: (225) 369-7806
Fax: (985) 238-3818
Email:
bsibley97@gmail.com

Howard G. Brown
1344 Lakeridge Drive
Baton Rouge, LA 70802
Phone: (504) 756-1987
Fax: (985) 238-3818
Email:
hgarybrown@gmail.com

Melanie Jerusalem
5130 Woodside Drive
Baton Rouge, LA 70808
Phone: (337) 945-9008
Email:
jerusalemmelanie@yahoo.com

*/s/ Elizabeth Bailly Bloch*
Elizabeth Bailly Bloch

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

     1.    This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

        ☒    This document contains 813 words.

     2.    This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

        ☒    This document has been prepared in a proportionally spaced typeface using Microsoft Word 2013 in New Times Roman Font, 14-point type.

        */s/ Elizabeth Bailly Bloch*
        Elizabeth Bailly Bloch
        Attorney for Defendants-Appellees

Dated: September 27, 2023

NO. 23-30540

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

HOWARD GARY BROWN, BRANDON SIBLEY, MELANIE JERUSALEM
*Plaintiffs-Appellants,*

VERSUS

SHELLY D. DICK, IN BOTH INDIVIDUAL & OFFICIAL ADMINISTRATIVE
CAPACITY; WILLIAM BROWN, UNITED STATES MARSHAL, IN BOTH
INDIVIDUAL & OFFICIAL CAPACITY; JEFF B., UNITED STATES
MARSHAL, IN BOTH HIS INDIVIDUAL & OFFICIAL CAPACITY;
MERRICK GARLAND, U.S. ATTORNEY GENERAL, IN HIS OFFICIAL
CAPACITY; RONALD L. DAVIS, IN HIS OFFICIAL CAPACITY AS
DIRECTOR, UNITED STATES MARSHAL SERVICE, METROPOLITAN
SECURITY SERVICES, INCORPORATED, ALSO KNOWN AS WALDEN
SECURITY; MICHAEL ATTAWAY, IN BOTH INDIVIDUAL & OFFICIAL
CAPACITY; JEFF BOWIE, UNITED STATES MARSHAL, IN BOTH HIS
INDIVIDUAL & OFFICIAL CAPACITY,
*Defendants-Appellees.*

**CERTIFICATE OF INTERESTED PERSONS**

The undersigned counsel of record certifies that the following listed persons

and entities as described in the fourth sentence of Rule 28.2.1 have an interest in

the outcome of this case. These representations are made in order that the judges

of this Court may evaluate possible disqualification or recusal:

1.    Defendant/Appellee Metropolitan Security Services, Inc., d/b/a

Walden Security;

10

2.      Howard Gary Brown, Plaintiff/Appellant (*pro se*);

3.      Brandon Sibley, Plaintiff/Appellant (*pro se*);

4.      Melanie Jerusalem, Plaintiff/Appellant (*pro se*);

5.      Defendant/Appellee, Shelly D, Dick, in both individual and official capacities;

6.      Defendant/Appellee, William Brown, in both individual and official capacities;

7.      Defendant/Appellee, Jeff B., in both individual and official capacities;

8.      Defendant/Appellee, Merrick Garland, in both individual and official capacities;

9.      Defendant/Appellee, Ronald L. Davis, in both individual and official capacities;

10.     Defendant/Appellee, Michael Attaway, in both individual and official capacities;

11.     Defendant/Appellee, Jeff Bowie, in both individual and official capacities;

12.     Nathan L. Kinard, Chambliss, Bahner & Stophel, P.C., as counsel for as counsel for Metropolitan Security Services, Inc., d/b/a Walden Security Defendant/Appellee;

13. Justin L. Furrow, Chambliss, Bahner & Stophel, P.C., as counsel for as counsel for Metropolitan Security Services, Inc., d/b/a Walden Security Defendant/Appellee;

14. Christine S. Keenan, The Kullman Firm, as counsel for Metropolitan Security Services, Inc., d/b/a Walden Security Defendant/Appellee;

15. Elizabeth Bailly Bloch, The Kullman Firm, as counsel for Metropolitan Security Services, Inc., d/b/a Walden Security Defendant/Appellee;

16. Karen J. King, United States Attorney's Office, as counsel for as counsel for Shelly D. Dick,

17. Katherine Krupa Green, DOJ-USAO, Department of Justice, as counsel for William Brown, Merrick Garland, and Ronald L. Davis, Michael Attaway, Jeff Bowie;

18. Judge S. Maurice Hicks, United States District Court for the Western District of Louisiana;

19. Magistrate Judge Carol B. Whitehurst, United States District Court for the Western District of Louisiana; and

Respectfully submitted on this 27th day of September 2023:

By: */s/ Elizabeth Bailly Bloch*
Nathan L. Kinard
CHAMBLISS, BAHNER & STOPHEL, P.C.
Liberty Tower, Suite 1700
605 Chestnut Street
Chattanooga, TN 37450
Tel: 423.757.0231
Fax: 423.508.1231
Email: nkinard@chamblisslaw.com

~and~

THE KULLMAN FIRM
Christine S. Keenan, T.A. (No. 23293)
Elizabeth Bailly Bloch (No. 37591)
4605 Bluebonnet Boulevard, Suite A
Baton Rouge, Louisiana 70809
Telephone: (225) 906-4250
Facsimile: (225) 906-4230
E-mail: csk@kullmanlaw.com
        ebb@kullmanlaw.com

Attorneys for Defendant/Appellees
Metropolitan Security Services, Inc.,
d/b/a Walden Security

## **CERTIFICATE OF SERVICE**

I certify that the foregoing was electronically filed on the 27th day of September 2023 using the court's CM/ECF system which will provide a notice of electronic filing to all counsel of record who are registered to receive notice electronically. I also hereby certify that a copy of this motion was served on Plaintiffs-Appellants via electronic mail and U.S. Mail at the following addresses:

| | | |
|---|---|---|
| Brandon Sibley | Howard G. Brown | Melanie Jerusalem |
| 17517 Cline Drive | 1344 Lakeridge Drive | 5130 Woodside Drive |
| Maurepas, LA 70449 | Baton Rouge, LA 70802 | Baton Rouge, LA 70808 |
| Phone: (225) 369-7806 | Phone: (504) 756-1987 | Phone: (337) 945-9008 |
| Fax: (985) 238-3818 | Fax: (985) 238-3818 | Email: |
| Email: | Email: | jerusalemmelanie@yahoo.com |
| bsibley97@gmail.com | hgarybrown@gmail.com | |

*/s/ Elizabeth Bailly Bloch*
Elizabeth Bailly Bloch