No. 23-30540

# UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Howard Gary Brown; Brandon Albert Sibley; Melanie Jerusalem,
*Plaintiffs – Appellants*

v.

Shelly D. Dick, in both Individual & Official Administrative Capacity; William Brown, United States Marshal, in both Individual & Official capacity; Jeff B., United States Marshal, in both his Individual and & Official Capacity; Merrick Garland, U.S. Attorney General, In his official capacity; Ronald L. Davis, in his official capacity as Director, United States Marshal's Service; Metropolitan Security Services, Incorporated, also known as Walden Security; Michael Attaway, in both Individual & Official capacity; Jeff Bowie, United States Marshal, in both his Individual & Official Capacity,
*Defendants – Appellees*

Appeal from the United States District Court
for the Middle District of Louisiana
Civil Case No. 3:23-CV-24-SMH-CBW

**REPLY IN SUPPORT OF MOTION TO DISMISS APPEAL BY APPELLEES WILLIAM BROWN, MERRICK GARLAND, RONALD L. DAVIS, MICHAEL ATTAWAY, AND JEFF BOWIE**

RONALD C. GATHE, JR.
*United States Attorney*

*Additional Counsel Listed on Inside Cover*

CHASE E. ZACHARY
KATHERINE K. GREEN
*Assistant United States Attorneys*
United States Attorney's Office
Middle District of Louisiana
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
(225) 389-0443
chase.zachary@usdoj.gov
katherine.green@usdoj.gov

# **TABLE OF CONTENTS**

TABLE OF CONTENTS ..................................................................................... i

TABLE OF AUTHORITIES ............................................................................... ii

ARGUMENT ....................................................................................................... 1

    I.  Appellants Have Forfeited Any Response to the Marshal Appellees' Mootness Argument. ..................................................... 1

CONCLUSION .................................................................................................... 3

CERTIFICATE OF SERVICE ............................................................................ 4

CERTIFICATE OF COMPLIANCE ................................................................... 5

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Ctr. for Biological Diversity v. EPA*,
  937 F.3d 533 (5th Cir. 2019) ............................................................................... 2

*Durbois v. Deutsche Bank Nat'l Tr. Co.*,
  37 F.4th 1053 (5th Cir. 2022) ............................................................................. 2

*E.T. v. Paxton*,
  41 F.4th 709 (5th Cir. 2022) ............................................................................... 2

*Ramming v. United States*,
  281 F.3d 158 (5th Cir. 2001) .............................................................................. 2

*Shemwell v. City of McKinney, Tex.*,
  63 F.4th 480 (5th Cir. 2023) ............................................................................... 2

**Statutes**

28 U.S.C. § 1291 ..................................................................................................... 1

## ARGUMENT

I. **Appellants Have Forfeited Any Response to the Marshal Appellees' Mootness Argument.**

The only arguments in Appellants' response to the Marshal Appellees' incorporated motion to dismiss are: (1) *pro se* allegations are liberally construed;[1] (2) Appellants "intended to appeal" the denials of their preliminary injunction motions even though they never designated those orders in their notices of appeal;[2] and (3) Appellants purportedly needed the district court to rule on their motions for findings of fact and conclusions of law "to <u>complete</u> its order denying the preliminary injunctions . . . ."[3]

Appellants thereby concede that there is no appealable final judgment in this matter to confer jurisdiction under 28 U.S.C. § 1291 and that they never specified any other appealable order in their notices of appeal. The Court could dismiss this appeal on these bases alone. *Cf.* Marshal Appellees' Resp. & Mot., at 5-8. But even with those issues aside, there is another reason to dismiss this appeal: Appellants offer no

---

[1] Appellants' Resp., at 2.
[2] Appellants' Resp., at 3.
[3] Appellants' Resp., at 4 (emphasis in original).

response to the Marshal Appellees' assertion of mootness and have therefore forfeited any such arguments.

This Court has consistently recognized that "arguments in favor of jurisdiction can be forfeited." *E.T. v. Paxton*, 41 F.4th 709, 717 (5th Cir. 2022) (citing *Ctr. for Biological Diversity v. EPA*, 937 F.3d 533, 542 (5th Cir. 2019)); *see also Durbois v. Deutsche Bank Nat'l Tr. Co.*, 37 F.4th 1053, 1059 (5th Cir. 2022) (holding that a party forfeited an argument in favor of jurisdiction by failing to make the argument "before the district court or in its brief before this court").  Here, the Marshal Appellees have squarely raised a mootness challenge to Appellants' appeal by noting that the underlying administrative orders on which Appellants base their claims for injunctive relief have been rescinded.  *See* Marshal Appellees' Resp. & Mot., at 8-12.  And as the plaintiffs in this lawsuit, Appellants "'constantly bear[] the burden of proof that jurisdiction does in fact exist.'" *Shemwell v. City of McKinney, Tex.*, 63 F.4th 480, 483 (5th Cir. 2023) (quoting *Ramming v. United States*, 281 F.3d 158, 161 (5th Cir. 2001)) (dismissing the plaintiffs' claims as moot). Because Appellants have chosen to ignore mootness in their response, they have forfeited their jurisdictional arguments, warranting the dismissal of this appeal.

## CONCLUSION

The Marshal Appellees request that the Court dismiss this appeal for lack of jurisdiction.

Respectfully submitted this 17th day of October, 2023.

> RONALD C. GATHE, JR.
> *United States Attorney*
> *Middle District of Louisiana*
>
> /s/ Chase E. Zachary
> Chase E. Zachary, LBN 37366
> Katherine K. Green, LBN 29886
> Assistant United States Attorneys
> 777 Florida Street, Suite 208
> Baton Rouge, Louisiana 70801
> Telephone: (225) 389-0443
> Fax: (225) 389-0685
> E-mail: chase.zachary@usdoj.gov
> E-mail: katherine.green@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on October 17, 2023, the foregoing document was served electronically through the Court's electronic-filing system on all registered users. The following individuals were also served by U.S. mail:

Howard Gary Brown
1344 Lakeridge Drive
Baton Rouge, LA 70802

Brandon Albert Sibley
17517 Cline Drive
Maurepas, LA 70449

Melanie Jerusalem
5130 Woodside Drive
Baton Rouge, LA 70808

Respectfully submitted this 17th day of October, 2023.

/s/ Chase E. Zachary
CHASE E. ZACHARY
Assistant United States Attorney

## **CERTIFICATE OF COMPLIANCE**

I certify:

1. This document complies with the type-volume limit of Rule 32(a)(7)(B) of the Federal Rules of Appellate Procedure because, excluding the parts of the document exempted by Rule 32(f) and 5th Cir. R. 32.1, this document contains 410 words, according to the count of Microsoft Word.

2. This document complies with the typeface requirements of Rule 32(a)(5) of the Federal Rules of Appellate Procedure and 5th Cir. R. 32.1 and the type-style requirements of Rule 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft© Word for Microsoft 365, Version 2302, in 14-point Century Schoolbook.

Respectfully submitted this 17th day of October, 2023.

/s/ Chase E. Zachary
CHASE E. ZACHARY
Assistant United States Attorney