# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

October 19, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-30540   Brown v. Dick
                  USDC No. 3:23-CV-24

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Shea E. Pertuit, Deputy Clerk
                        504-310-7666

Ms. Elizabeth Bailly Bloch
Mr. Howard Gary Brown
Mrs. Katherine Krupa Green
Ms. Melanie Jerusalem
Ms. Christine S. Keenan
Mr. Nathan Lee Kinard
Ms. Karen Julian King
Mr. Brandon Albert Sibley
Mr. Chase Evan Zachary