# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 19, 2023
Lyle W. Cayce
Clerk

No. 23-30540

_____

Howard Gary Brown; Brandon Albert Sibley; Melanie Jerusalem,

*Plaintiffs—Appellants,*

*versus*

Shelly D. Dick, *in both Individual & Official Administrative Capacity*; William Brown, *United States Marshal, in both Individual & Official capacity*; Jeff B., *United States Marshal, in both his Individual and & Official Capacity*; Merrick Garland, *U.S. Attorney General, In his official capacity*; Ronald L. Davis, *in his official capacity as Director, United States Marshal's Service*; Metropolitan Security Services, Incorporated, *also known as* Walden Security; Michael Attaway, *in both Individual & Official capacity*; Jeff Bowie, *United States Marshal, in both his Individual & Official Capacity*,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:23-CV-24

_____

UNPUBLISHED ORDER

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Appellants' opposed motion for injunction pending appeal is DENIED.

IT IS FURTHER ORDERED that Appellants' opposed motion for stay pending appeal is DENIED.

IT IS FURTHER ORDERED that Appellants' opposed motion for expedited ruling on their motion for injunction and stay pending appeal is DENIED.

IT IS FURTHER ORDERED that the opposed motion of Appellees William Brown, Merrick Garland, Ronald Davis, Michael Attaway, and Jeff Bowie to dismiss the appeal for lack of jurisdiction is GRANTED.

IT IS FURTHER ORDERED that the opposed motion of Appellee Metropolitan Security Services, Incorporated to dismiss the appeal for lack of jurisdiction is GRANTED.

IT IS FURTHER ORDERED that the opposed motion of Appellee Shelley Dick to dismiss the appeal for lack of jurisdiction is GRANTED.

Certified as a true copy and issued
as the mandate on **Dec 11, 2023**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**